**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | | | |
|---|---|---|---|---|
| **In Re:** | ) | **Case No.:** | 23-80737 |
| | ) | | |
| **Cynthia R. Jensen,** | ) | **Chapter:** | **Chapter 13** |
| | ) | | |
| **Debtor** | ) | **Judge:** | **Hon. Thomas M. Lynch** |

**NOTICE OF MOTION**

**TO:**   See attached list

PLEASE TAKE NOTICE that on **April 11, 2024 at 9:00 a.m.**, I will appear before the Honorable Thomas M. Lynch, or any judge sitting in that judge's place, **either** in courtroom 3100 of the Stanley J. Roszkowski United States Courthouse, 327 South Church Street, Rockford, IL 61101 **or** electronically as described below, and present Debtor's Motion for Entry of Agreed Order, a copy of which is attached.

**Important: Only parties and their counsel may appear for the presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet,** go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.**  The meeting ID for this hearing is 160 291 5226 and the passcode is 852255.  The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

**By:**   */s/ Nathan E. Curtis*
Nathan E. Curtis
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
312.332.1800
ndil@geracilaw.com

## CERTIFICATE OF SERVICE

I, Nathan E. Curtis, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on April 2, 2024.

*/s/ Nathan E. Curtis*
Nathan E. Curtis

## LIST OF PARTIES SERVED

**Via ECF**

Chapter 13 Trustee Lydia Meyer

Office of the U.S. Trustee

**Via US Postal Service**

Cynthia R. Jensen, 29887 Thornton Drive, Kingston, IL 60145

SEE ATTACHED LIST OF CREDITORS

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | | |
|---|---|---|---|
| **In Re:** | ) | Case No.: | 23-80737 |
| | ) | | |
| **Cynthia R. Jensen,** | ) | Chapter: | Chapter 13 |
| | ) | | |
| **Debtor** | ) | Judge: | Hon. Thomas M. Lynch |

### MOTION FOR ENTRY OF AGREED ORDER

NOW COMES the Debtor, Cynthia Jensen, (the "Debtor") by and through her attorneys, Geraci Law L.L.C., to present her **MOTION FOR ENTRY OF AGREED ORDER**, and states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 1334 and this is a "core proceeding" under 28 U.S.C. § 157(b)(2).

2. The Debtor filed their Petition for Relief and plan under Chapter 13 of the Bankruptcy Code on 6/16/2023.

3. The Debtors' plan has not yet been confirmed.

4. Debtor's Schedules list a claim against her former landlord for removal of a sign in an unknown amount, and a judgment against Sara McGonagle for $3,600.

5. Debtor is represented by another attorney in both matters, but as the fee is not on a contingency basis, Debtor does not have the funds to continue to pay her attorney and wishes to dismiss the matters.

6. The judge in both matters requires an order abandoning the Estate's interest in both matters before he will allow the cases to be dismissed.

7. The Trustee provided an email previously stating that she has no intention to administer these cases and agrees to their dismissal, but the judge is requiring an order.

8. Debtor and the Trustee agree that these claims are of inconsequential value and benefit to the estate and should be abandoned by the estate.

9. Until the claims are abandoned, Debtor's attorney continues to attend court on her behalf and she continues to accrue fees.

WHEREFORE THE DEBTOR, Cynthia Jensen, respectfully request this Honorable Court enter an agreed order abandoning the estate's interest in the claim against her former landlord and the claim against Sara McGonagle, and for such further additional relief that this Court may deem just and proper.

By: */s/ Nathan E. Curtis*
Nathan E. Curtis

**Attorneys for the Debtors**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph): 312.332.1800  (Fax): 877.247.1960